UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAKIYA VAUGHN, as an individual and Guardian Ad Litem for JAMONTE VAUGHN, JAMARCO VAUGHN and JALEN VAUGHN, minors and real parties in interest,

        Plaintiffs,

   v.

UNITED STATES GOVERNMENT (FBI); SACRAMENTO COUNTY SHERIFF; SACRAMENTO CITY POLICE; RICHMOND CITY POLICE; ALAMEDA COUNTY SHERIFF,

        Defendants.
_____/

NO. CIV. S-07-1119 LKK/KJM

O R D E R

Pursuant to the plaintiff's ex parte motion and good cause appearing, the Sacramento County Sheriff's Office (Sacramento County) and the Alameda County Sheriff's Office (Alameda County) are DISMISSED from this action, with prejudice.

IT IS SO ORDERED.

DATED: November 13, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT