UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAKIYA VAUGHN, as an
individual and Guardian Ad
Litem for JAMONTE VAUGHN,
JAMARCO VAUGHN and JALEN
VAUGHN, minors and real
parties in interest,

                              NO. CIV. S-07-1119 LKK/KJM

       Plaintiffs,

    v.

                              O R D E R

UNITED STATES GOVERNMENT (FBI);
SACRAMENTO COUNTY SHERIFF;
SACRAMENTO CITY POLICE;
RICHMOND CITY POLICE; ALAMEDA
COUNTY SHERIFF,

       Defendants.
_____/

    Pending before the court is defendant City of Sacramento's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). In light of the court's November 19, 2007 order, the court DENIES the motion as moot.

    IT IS SO ORDERED.

    DATED:  November 27, 2007.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT