UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAKIYA VAUGHN, as an individual and Guardian Ad Litem for JAMONTE VAUGHN, JAMARCO VAUGHN and JALEN VAUGHN, minors and real parties in interest,

        Plaintiffs,

  v.

UNITED STATES GOVERNMENT (FBI); SACRAMENTO COUNTY SHERIFF; SACRAMENTO CITY POLICE; RICHMOND CITY POLICE; ALAMEDA COUNTY SHERIFF,

        Defendants.
                                 /

NO. CIV. S-07-1119 LKK/KJM

O R D E R

Pending before the court is defendants' Motion for Summary Judgment, set to be heard on August 25, 2008. Pursuant to the local rules, plaintiffs were required to file and serve their opposition or statement of non-opposition to the summary judgment motion by August 11, 2008. They have not done so.

Accordingly, the court orders as follows:

1.    Plaintiffs are hereby ORDERED TO SHOW CAUSE in writing

1          by August 27, 2008 why sanctions should not issue in the
2          above-captioned case in the amount of One Hundred Fifty
3          Dollars ($150), as permitted by Local Rule 11-110, for
4          the failure to file a timely opposition or statement of
5          non-opposition;
6     2.   Plaintiffs must file and serve their opposition or
7          statement of non-opposition to the pending Motion for
8          Summary Judgment no later than August 18, 2008 at 5:00
9          PM;
10    3.   Defendants' reply, if any, must be filed on or before
11         August 25, 2008.
12    4.   The hearing is CONTINUED to September 8, 2008 at 10:00
13         AM.
14    IT IS SO ORDERED.
15    DATED: August 14, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2