UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAKIYA VAUGHN, as an
individual and Guardian Ad
Litem for JAMONTE VAUGHN,
JAMARCO VAUGHN and JALEN
VAUGHN, minors and real
parties in interest,

        Plaintiffs,

    v.

UNITED STATES GOVERNMENT (FBI);
SACRAMENTO COUNTY SHERIFF;
SACRAMENTO CITY POLICE;
RICHMOND CITY POLICE; ALAMEDA
COUNTY SHERIFF,

        Defendants.
_____/

NO. CIV. S-07-1119 LKK/KJM

O R D E R

On August 14, 2008, the court issued an Order to Show Cause, continuing the hearing date and briefing dates of the defendants' pending motion for summary judgment. At the same time, plaintiffs' counsel filed a statement requesting an extension of time to file the opposition and a continuance of the hearing date to late-September. In light of plaintiffs' counsel's representations, the court AMENDS the Order to Show Cause (Doc. No. 44) accordingly:

1

1. Plaintiffs must file and serve their opposition or statement of non-opposition to the pending Motion for Summary Judgment on or before September 8, 2008.
2. Defendants' reply, if any, must be filed on or before September 15, 2008.
3. The hearing is CONTINUED to September 22, 2008 at 10:00 AM.
4. Plaintiffs remain ordered to show cause in writing by August 27, 2008 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for the failure to file a timely opposition or statement of non-opposition.

IT IS SO ORDERED.

DATED:  August 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT