UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAKIYA VAUGHN, as an individual and Guardian Ad Litem for JAMONTE VAUGHN, JAMARCO VAUGHN and JALEN VAUGHN, minors and real parties in interest,

        Plaintiffs,

    v.

UNITED STATES GOVERNMENT (FBI); SACRAMENTO COUNTY SHERIFF; SACRAMENTO CITY POLICE; RICHMOND CITY POLICE; ALAMEDA COUNTY SHERIFF,

        Defendants.

          NO. CIV. S-07-1119 LKK/KJM

          O R D E R

On August 15, 2008, the court ordered counsel for plaintiffs to show cause why sanctions should not be imposed for failure to timely serve and file an opposition or statement of non-opposition to defendants' motion for summary judgment. The court is in receipt of counsel's response. Good cause shown, the order to show cause is DISCHARGED.

////

1

1    IT IS SO ORDERED.

2    DATED: August 27, 2008.

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2