UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAKIYA VAUGHN, as an individual and Guardian Ad Litem for JAMONTE VAUGHN, JAMARCO VAUGHN and JALEN VAUGHN, minors and real parties in interest,

　　　　　Plaintiffs,

　　　v.

UNITED STATES GOVERNMENT (FBI); SACRAMENTO COUNTY SHERIFF; SACRAMENTO CITY POLICE; RICHMOND CITY POLICE; ALAMEDA COUNTY SHERIFF,

　　　　　Defendants.
_____/

NO. CIV. S-07-1119 LKK/KJM

O R D E R

　　　The court is in receipt of plaintiff's counsel's October 3, 2008 application for order confirming substitution as in propria persona and notice of withdrawal, as well as plaintiff's declaration in support of the withdrawal. Accordingly, the court CONFIRMS that plaintiff's counsel is substituted for *in propria persona* representation. Counsel is ORDERED to release all client papers and property to client within fifteen (15) days of the date

1

1  of this order, including correspondences, pleadings, deposition
2  transcripts, exhibits, physical evidence, expert reports, and other
3  items reasonably necessary to the client's representation, whether
4  the client has paid for them or not, in accordance with Rule 3-
5  700(D) of the California Rules of Professional Conduct.
6       IT IS SO ORDERED.
7       DATED:  October 9, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2